OPINION — AG — THE DEPARTMENT OF VOCATIONAL AND TECHNICAL EDUCATION MAY NOT RELEASE INFORMATION SUPPLIED TO IT BY THE STATE DEPARTMENT OF EDUCATION, PERTAINING TO SCHOOL DROPOUTS, TO THIRD PARTIES UPON REQUEST. CITE: 70 O.S. 1978 Supp., 35 [70-35](E), 70 O.S. 1971, 5-101 [70-5-101], 51 O.S. 1971 24 [51-24] (KAY HARLEY JACOBS) ** PUBLIC RECORD, INSPECTION ** ** PUBLIC RECORD, INSPECTION **